**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:25-CV-00651** |
| **ARROYO TERMINALS, LLC AND BIG HOG ENERGY, LLC** | **JUDGE SUSIE MORGAN** |
| | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**<u>OBJECTION TO EXTENSION OF TIME TO PLEAD</u>**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Marquette Transportation Company Gulf-Inland, LLC ("Marquette"), which in accordance with Local Rule 7.8 objects to any extension of time for Arroyo Terminals, LLC and Big Hog Energy, LLC to file responsive pleadings in this matter.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Evans Martin McLeod*
Evans Martin McLeod (Bar #24846)
Claire A. Campbell (Bar #41181)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: marty.mcleod@phelps.com
claire.campbell@phelps.com

ATTORNEYS FOR PLAINTIFF MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed on this 28th day of April, 2025 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Evans Martin McLeod*