**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**NONE DIVISION**

| | |
|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC** | **CIVIL ACTION NO. 2:25-cv-00651** |
| **VERSUS** | **JUDGE SUSIE MORGAN** |
| **ARROYO TERMINALS, LLC AND BIG HOG ENERGY, LLC** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

NOW INTO COURT, Plaintiff Marquette Transportation Company Gulf-Inland, LLC ("Marquette"), through undersigned counsel, who pursuant to Federal Rule of Civil Procedure 55(b), respectfully requests that this Court enter a default judgment against Defendants Arroyo Terminals, LLC ("Arroyo Terminals") and Big Hog Energy, LLC ("Big Hog") because it has failed to plead or otherwise defend Marquette's Complaint. While Plaintiff asserts that its claim is for a sum certain and as such a default judgment could be entered as a matter of course by the clerk, out of an abundance of caution and because this matter also involves claims for attorneys' fees, Plaintiff seeks relief from this Court.

As set forth in the attached memorandum in support, Marquette respectfully prays that the Court enter a Default Judgment as prayed for herein, and for all other general and equitable relief to which Marquette may be entitled.



PD.49277477.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *_/s/ Claire A. Campbell_*
Evans Martin McLeod (Bar #24846)
Claire A. Campbell (Bar #41181)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: marty.mcleod@phelps.com
Email: claire.campbell@phelps.com

ATTORNEYS FOR PLAINTIFF MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC