**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC** | **CIVIL ACTION NO. 2:25-cv-00651** |
| **VERSUS** | **JUDGE SUSIE MORGAN** |
| **ARROYO TERMINALS, LLC AND BIG HOG ENERGY, LLC** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## FINAL JUDGMENT

Considering the Motion for Entry of Default Judgment field by Plaintiff Marquette Transportation Company Gulf-Inland, LLC ("Marquette"):

**IT IS HEREBY ORDERED** that the Motion for Entry of Default Judgment field by Marquette is granted;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Marquette and against Defendants Arroyo Terminals, LLC and Big Hog Energy, LLC and that Defendants be case in judgment as follows:

$1,603,666.78 for amounts owed on the open account

$103,005.40 in interest at a rate of 1.5% per month on the outstanding amount; and

$11,753.71 in attorneys' fees and costs for a total Final Judgment of $1,718,425.89

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Marquette is entitled to post-judgment interest at a rate of ____ percent per annum, which will continue to accrue until the full judgment is collected.

New Orleans, Louisiana, this ________ day of ________, 2025.



PD.49430143.1

______________________________

**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**