UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC | CIVIL ACTION NO. 2:25-cv-00651 |
| VERSUS | JUDGE SUSIE MORGAN |
| ARROYO TERMINALS, LLC AND BIG HOG ENERGY, LLC | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**AFFIDAVIT OF EVANS MARTIN MCLEOD**

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, personally came and appeared:

EVANS MARTIN MCLEOD

and after being duly sworn did depose and said:

1. That he is counsel of record for Plaintiff Marquette Transportation Company Gulf-Inland, LLC ("Marquette") in the above-captioned matter.

2. That he is currently, and at all material times has been an attorney with the law firm of Phelps Dunbar LLP ("Phelps"), located at 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130.

3. That he, along with an associate attorney, has performed legal services and supervised the work of the others that performed legal services on behalf of Marquette in the captioned matter.

4. That he was assisted in the representation of in the captioned matter by Claire A. Campbell (associate attorney licensed to practice law in Louisiana, bar no. 41181). Ms. Campbell has been a member in good standing with the Louisiana bar since 2024.



EXHIBIT
D

5. That the total amount of attorneys' fees and costs incurred by Marquette to date related to the captioned matter is $11,753.71. Phelps has prepared invoices for legal services rendered and costs incurred in connection with the service provided to Marquette in connection with the captioned matter. The work performed and the hourly rates charged are appropriate to the demands and nature of the case and the fees and costs incurred were reasonable and necessary for the representation of Marquette.

6. All of the work performed directly related to the prosecution and collection of the amounts owed to Marquette under the Louisiana Open Account Statute and the Fully Found Charter

EVANS MARTIN MCLEOD

SWORN AND SUBSCRIBED
BEFORE ME THIS 9th DAY OF
MAY, 2025

NOTARY PUBLIC

MAGDALINI GALITOU
Notary Public
Notary ID No. 160183
Orleans Parish, Louisiana



PD.49417078.1