# Invoice

MARQUETTE TRANSPORTATION COMPANY
GULF-INLAND

**Marquette Transportation - Gulf Inland**

Phone:855-682-2628 Fax:270-228-0112
107 Mallard Street
Saint Rose, LA 70087

**Remit To:**
Marquette Transportation
Company Gulf Inland, LLC
PO Box 200041
Dallas, TX 75320-0041

Customer Number: 2401
Invoice Number: 86375
Invoice Date: 9/30/2024
Page: Page 1 of 1
Terms: NET 30 DAYS

ARROYO TERMINALS LLC
21076 NORTH REYNOLDS ROAD
Rio Hondo, Texas 78583

| Motor Vessel | Description | Units | Rate | Amount |
|---|---|---|---|---|
| RISEN SAVIOUR | September Charter<br>START: 09/01/2024 11:15<br>STOP: 09/25/2024 02:30 | [redacted] | | $153,630.10 |
| RISEN SAVIOUR | On/Off Charter Fuel<br>Fuel START: 18725 STOP: 13696 | 5029 | $2.29 | $11,516.41 |
| RISEN SAVIOUR | On/Off Charter Lube<br>Lube START: 154 STOP: 76 | 78 | $9.15 | $713.70 |

OFFICE USE: 4040-292/153630.11, 7630-292/11516.41, 7632-292/713.70 $165,860.21

# Invoice

**Marquette Transportation - Gulf Inland**
Phone:855-682-2628 Fax:270-228-0112
107 Mallard Street
Saint Rose, LA 70087

**Remit To:**
Marquette Transportation
Company Gulf Inland, LLC
PO Box 200041
Dallas, TX 75320-0041

ARROYO TERMINALS LLC
21076 NORTH REYNOLDS ROAD

RIO HONDO, TX 78583
E-Mail: Gloria@maximcrude.com
james@maximcrude.com

| | |
|---|---|
| Customer Number: | 2401 |
| Invoice Number: | ARR QTR 3 FUEL EXC |
| Invoice Date: | 10/16/2024 |
| Page: | 1 of 1 |
| Terms: | NET 30 |

| Motor Vessel | Description | Amount |
|---|---|---|
| | FUEL EXCISE QTR 3 2024 | |
| 292 RISEN SAVIOUR | | $ 306.57 |

| | | | | |
|---|---|---|---|---|
| Office Use: | 1121-000 | $ 306.57 | Total Due: | $ 306.57 |

# Marquette Transportation Co - Gulf Inland, LLC

ARROYO - Billing Detail - Fuel Excise Tax

Quarter Ended Sep 30, 2024

| Vessel | CUSTOMER | MONTH / YEAR | Total Hours | Gallons Used | Gal / Hour | Less: Generator Useage | Taxable Gal / Hr | Taxable Hours | Taxable Gallons | Tax Rate | Total Excise Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RISEN SAVIOUR | ARROYO | 09/2024 | 567.00 | 5,029 | 8.87 | 3.36 | 5.51 | 191.86 | 1,057.14 | 0.29 | 306.57 |

**Amount Due** 306.57