phelps

Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
504 566 1311

January 22, 2025

28631-0191

Evans Martin McLeod
Partner
marty.mcleod@phelps.com
Direct 504 584 9212

**BY EMAIL**

Mr. Max Jenson
max@maximcrude.com
Big Hog Energy LLC
12200 West Interstate 20
Odessa, Texas 79763

RE: Marquette Transportation Company Gulf-Inland, LLC; Fully Found Charter dated August 30, 2024 – RISEN SAVIOUR; Unpaid Open Account / Charter Hire

Mr. Jenson:

We represent Marquette Transportation Company Gulf-Inland, LLC ("Marquette") concerning the open account / unpaid charter hire that Big Hog Energy LLC ("Big Hog") owes Marquette under the Fully Found Charter dated August 30, 2024, for the RISEN SAVIOUR. As per the attached invoices, as of September 30, 2024, Big Hog owed Marquette $165,860.21, plus $306.57 of fuel excise. Including ongoing charter hire of [redacted], through January 22, 2025 in the amount of [redacted] plus interest at a rate of 1 1/2 % per month in the amount of [redacted] the total open account/unpaid total past due balance as of January 22, 2025, that Big Hog owes Marquette is $923,609.58. Based on the unpaid charter hire, Big Hog breached the Fully Found Charter.

Under the Fully Found Charter and the Louisiana Open Account Statute, La. Rev. Stat. 9:2781, Marquette demands that Big Hog immediately pay the amount due. As you know, Marquette has made multiple attempts to contact you to discuss the outstanding balance with no response. Absent immediate payment, Marquette will unfortunately be left with no option but to file suit against Big Hog for all amounts due including the principal amount, interest, and attorney's fees as allowed by the Louisiana Open Account Statute.

In addition, given the magnitude of past due amount, we suggest a conference call and/or meeting to discuss resolution of this matter. Please let us know when you can be available for a conference call and/or meeting with Marquette.

Yours very truly,

*[signature]*

Evans Martin McLeod