IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC | § | CIVIL ACTION |
| | § | |
| | § | NO. 2:25-CV-00651 |
| VERSUS | § | |
| | § | JUDGE ANNA ST. JOHN |
| ARROYO TERMINALS, LLC, BIG HOG ENERGY, AND JAMES L. JENSEN | § | |
| | § | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| | § | |

**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM FOR DECLARATORY JUDGMENT**

NOW INTO COURT, through undersigned counsel, come Defendants Arroyo Terminals, LLC and James L. Jensen, who respectfully notify the Court that Plaintiff Marquette Transportation Company Gulf-Inland, LLC has advised that it does not oppose Defendants' pending Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment.

Defendants filed the Motion before receiving Plaintiff's position because the deadline to seek amendment of pleadings was expiring. Plaintiff has since advised that it does not oppose the relief requested.

Accordingly, Defendants respectfully request that the Court grant the pending Motion and enter the proposed order submitted therewith.

Respectfully submitted,

DAVID W. NANCE LAW FIRM LLC

BY: *<u>/s/ David W. Nance</u>*

David W. Nance (La. Bar #25467)
3912 Constance Street

New Orleans, Louisiana 70113
Cell: (504) 450-3938
Email: david@dwnlaw.com

COUNSEL FOR DEFENDANTS
ARROYO TERMINALS, LLC
AND JAMES JENSEN

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2026, I electronically filed the foregoing document] with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all registered CM/ECF participants.

I further certify that a copy of the foregoing has been served by U.S. first-class mail or email (by written consent) or hand delivery upon non–CM/ECF parties or their counsel of record.

*/s/ David W. Nance*