**MINUTE ENTRY**
**ST. JOHN, J.**
**AUGUST 20, 2026**
**JS-10 00:13**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUETTE TRANSP. CO. GULF-INLAND, LLC | CIVIL ACTION |
| VERSUS | NO. 25-651 |
| ARROYO TERMINALS, LLC, ET AL | SECTION: “N”(1) |

**MINUTE ENTRY**

A status conference was called by the Court on August 20, 2026, with the following individuals participating:

- Representing Plaintiff Marquette Transportation Company Gulf-Inland, LLC: Arthur Kraatz
- Representing Defendant Arroyo Terminals, LLC: David Nance
- Representing Defendant James L Jensen: David Nance and Harry Hulings

The Court met with the parties to discuss the status of the case and how matters are progressing. Counsel for all parties agreed that the underlying facts of the case are not overly complex and advised the Court that they do not anticipate the need for extensive further discovery or a significant number of additional depositions. Counsel for Defendant Jensen, Mr. Hulings, indicated an intention to schedule at least one additional deposition.

Mr. Hulings advised the Court of a potential jurisdictional issue concerning maritime jurisdiction over Plaintiff's fraudulent inducement claim, noting that further discovery may be necessary. Counsel for Plaintiff, Mr. Kraatz, stated this was the first

time the issue had been raised and opposed the assertion. Mr. Kraatz argued that the claim arises from a breach of contract regarding the chartering of a maritime vessel, thereby establishing maritime jurisdiction, or at a minimum, supplemental jurisdiction.

Additionally, Mr. Hulings informed the Court of an ongoing, parallel criminal matter involving Defendant Jensen. Counsel noted that there are currently two motions to dismiss indictments pending in that matter, but he does not anticipate the criminal proceedings will interfere with the progression of this civil case.

Finally, the parties advised the Court that a settlement conference has been scheduled.

**NEW ORLEANS, LOUISIANA**, this 21st day of August, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE