zenbusiness

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 AUG 31 PM03 12
CAROL L. MICHEL, CLERK
SNS

**August 26, 2026**

Clerks Office
United States District Court Eastern District of Louisiana
500 Poydras Street,
New Orleans, LA 70130

In Re: Marquette Transportation Company Gulf-Unland, LLC v. Arroyo Terminals, LLC et al. (Civil Action No.: 25-651)

To whom it may concern:

ZenBusiness Inc. is not the registered agent for Big Hog Energy LLC. Please refer to the Texas Secretary of State site.

Thank you,
Korey W.
Compliance Specialist

___Fee__________
___Process__________
_X_Dktd__________
___CtRmDep__________
___Doc.No.__________

U.S. District Court - Eastern District of Louisiana

---

Big Hog Energy, LLC
Through Its Registered Agent
ZenBusiness, Inc.
5511 Parkcrest Inc.
Suite 103
Austin, TX 78731
US

Case: 2:25-cv-00651 #72, 7 pages
Mon Aug 17 17:20:15 2026

---